# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDRE MCDOUGAL, | § | |
| | § | No. 350, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1011012275 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 10, 2019
Decided: April 24, 2019

Before **STRINE**; Chief Justice, **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

This 24th day of April, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment should be affirmed on the basis of the Superior Court's order, dated June 11, 2018, adopting the Commissioner's report and recommendation, dated March 16, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice